IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MAXINE GRIEGO as Co-Personal Representative
of the Wrongful Death Estate of Sophia Martinez
and as parent, guardian and next friend of
Johnny Andrew Griego, a minor, et al.,

        Plaintiffs,

vs.                                        No. CIV 07-1260 JH/LFG

SEAN CRABTREE, et al.,

        Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION RE: SETTLEMENT ON BEHALF OF MINOR PLAINTIFF JOHNNY ANDREW GRIEGO AND DISMISSING CASE

THIS MATTER is before the Court the Magistrate Judge's Findings of Fact and Recommendation Re: Settlement on Behalf of Minor Plaintiff Johnny Andrew Griego [Doc. 22], filed July 29, 2008. The parties have no objections to the Magistrate Judge's findings and recommendation.

IT IS THEREFORE ORDERED that the Findings of Fact and Recommended Disposition of the Magistrate Judge are adopted by the Court.

IT IS FURTHER ORDERED that Plaintiff's claims are dismissed with prejudice as to all Defendants in this litigation.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE